```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
                                                      :
              v.                                      :    15 Cr. 608-4 (KPF)
                                                      :
SAMUEL SERRANO,                                       :    ORDER
                                                      :
                            Defendant.                :
                                                      :
------------------------------------------------------X
```

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the Government's letter in opposition to Defendant Samuel Serrano's motion for release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. #519). The Government has requested permission to file Exhibit A to its letter under seal. The Court hereby GRANTS the Government's request. Exhibit A shall be filed under seal, viewable to the Court and parties only.

    SO ORDERED.

Dated:    May 14, 2021
             New York, New York

                                                 KATHERINE POLK FAILLA
                                                 United States District Judge