UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                          -v.-

SAMUEL SERRANO,

                                    Defendant.

15 Cr. 608-4 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

> The Court is in the process of evaluating several of Mr. Serrano's pending motions, including his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  In its review, the Court observed that the most recent supplement to these motions was filed on January 14, 2022.  The Court invites the parties to submit supplemental letter briefs, updating the Court regarding any of the factual or legal issues contained in their submissions, on or before **April 29, 2022.**

Dated:       April 12, 2022
             New York, New York

                                    _____
                                       KATHERINE POLK FAILLA
                                       United States District Judge